# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1195**  **September Term, 2013**

**FTC-1223196**

**Filed On:** October 15, 2013

Caribbean Cruise Line,

       Petitioner

  v.

Federal Trade Commission,

       Respondent

**BEFORE**:    Henderson, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the motion to dismiss and the opposition thereto, it is

**ORDERED** that the motion to dismiss be granted.  Petitioner has not identified any statutory provision authorizing this court to exercise jurisdiction over the petition for review, which sought review of the Federal Trade Commission's order denying petitioner's motion to quash or limit a Civil Investigative Demand.  The Administrative Procedure Act "does not afford an implied grant of subject-matter jurisdiction permitting federal judicial review of agency action."  Califano v. Sanders, 430 U.S. 99, 107 (1977).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**